**Order entered June 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00507-CR

**FLOR DEMARI BALCARCEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MB10-33676-C**

## ORDER

The Court **GRANTS** court reporter Pamela A. Durke-Sweeney's June 19, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Durke-Sweeney to file the reporter's record **on or before August 4, 2014**.

/s/     DAVID EVANS
         JUSTICE